PD-1417-15    IN THE COURT OF CRIMINAL APPEALS
                       TRAVIS COUNTY. TEXAS

Stephen Tracy Meredith                          Cause No. 03-13-00724-CR
Appellant Pro Se
VS.                                             Tr. Ct. Cause No.

THE STATE OF TEXAS                              RECEIVED IN
Appellee                                        COURT OF CRIMINAL APPEALS

                                                NOV 02 2015
          APPELLANT MEREDITH's MOTION FOR LEAVE TO FILE
          APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME Clerk
               WITH BRIEF IN SUPPORT : R. 66.2 (E) LED IN
                                                COURT OF CRIMINAL APPEALS

TO THE HONORABLE CLERK:                         NOV 03 2015

    Now come Stephen Tracy Meredith himself in the above Styled Clerk
Cause No. this 24 day of october 2015 addressing this highly esteemed
and reputable Supreme Court of Texas in pro se manner and do here-
by bring Said Motion for leave to file Appellant's First Motion for extension
of time with brief in Support puruant to Tex.R.App.Proc. 68.

                              I.
    Appellant received of the Third Court of Appeals Order Seeked his
Motion to Suppress. Was denied on the 15th day of October 2015. Appellant
did not received that notification until the 20 day of October 2015.

                              II.
    Appellant understand his deadline for filing his request for Petition
for discrtionary review to this highly esteemed and reputabls Supreme Court
of Texas Within thirty (30 Days after Appellant recipt of the Third Court
of Appeals Order. The thirty days after October 15, 2015 is a Sunday Nov 19,
2015 under the Supreme Court of Texas Rule 68.2 (c).,
    Appellant drafted his Motion for leave to file Appellant's Motion for

                             (1)

extension of time with the expectation that his deadline for filing his Petition for Disertionary Review. However Appellant proceeding under an abundance of Caution that this motion Correstly reflects the Appellant's deadline to file. Appellant is diligently and willing to Comply.

Appellant was represented by an attorney on the trial Court level in the Court of Appeals for the Third District of Texas, Appellant is not Schooled in the law and pleading to Know if the Appellant is filing in the right order. Not Knowing if the appeal attorney filed any other motions on my behalf. beside the "Motion to Supress". As Appellant mention early he is not Schooled in the law. but in order for Appellant to reach this highly esteemed and reputable Supreme Court of Texas in pro se manner: "Are there Other remedys to be resolved before filing this motion for Petition for Disertiony Review. (P.D.R.) Such as Appellant's motion for Rehearing Puruant to Tex.R.App.Proc. 49, 49.1, 49.2, 49.3; Appellant's Further Motion for Rehearing Tex.R.App.Proc 49.5 (A)(b)(c). and Appellant's Motion for En Banc Reconsideration Tex.R.App.Proc 36.3 (A)(b), 40.2, 41, 41.1 (b)(c) 41.2 (A), 49, 49.7 that Should have been filed in the Third Court of Appeals?.

Appellant is pleading with the Clerk not to be held Some what Standard as those drafted by trained lawyer, So he Can proceed further. Additional time $M is required So Appellant Can understand the requisite Showing.

This is the Appellant's First request for an extension of time to file his P.D.R. or to premit Appellant to as a Petition for Disertionary Review. Appellant humbly request the Court to possess him Sufficient time to file Petition for Disertionary Review. an extension of time for thrity days rather than November 19, 2015 to December 19, 2015 to file his P.D.R.

(2)

## CONCLUSION

For the above reason the Appellant respectfully move this Court to file his Motion to Extension of time. So he can properly file his P.D.R. or to premit Appellant to go back and resolve other remedy before the right to file his P.D.R. Since the Appeal Attorney Mr. Gray E. Prust did not file[d] other motion stated above! :

Respectfully Submitted

Stephen Tracy Meredith
TDCJ-CID# 01893438
Neal Unit  9055 Spur 591
Amarillo. TX 79107-9696

## CERTIFICATE OF SERVICE

I Stephen Tracy Meredith do Certify by penalty of purjury that a true and Corrected foregoing motion for leave. to file Appellant's First Motion for Extension of time. has been Serviced by placing Same in the U.S. mail Box. and Mail to the Court Clerk. Ms. Albel Acosta of Travis County. TX. Supreme Court Bldg 201 W. 14th St. P.O. Box 12308. Austin. TX 78711-2308 on this 24 day of October 2015. (USC.1746)

Respectfully Submitted

Stephen Tracy Meredith
T.D.C.J-CID# 01893438
Neal Unit 9055 Spur 591
Amarillo. TX 79107-9696